**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SASHA MCGARITY,

       Plaintiff,

v.

FEDEX GROUND,

       Defendant.

_____/

Case No.
Hon.

Macomb County Circuit Court
Case No.: 2023-001745-CD

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), by its attorneys, hereby gives notice of the removal of this action from the Macomb County Circuit Court to the United States District Court for the Eastern District of Michigan on the ground that jurisdiction exists under 28 U.S.C. § 1331. In support of its Notice of Removal to federal court, FedEx Ground states as follows:

**A.    FedEx Ground's Notice of Removal is Timely Filed.**

1.    On May 26, 2023, Plaintiff Sasha McGarity ("Plaintiff") initiated a lawsuit by filing her Complaint in Macomb County Circuit Court (hereinafter the "State Court Action.").

FP 47500062.1

2.    A true and correct "copy of all process, pleadings, and orders . . . in [the State Court Action]" are attached hereto as Exhibit 1, specifically the Summons and Complaint.

3.    Defendant FedEx Ground was served with a copy of the Summons and Complaint via USPS certified mail on May 30, 2023.

4.    This Notice of Removal is timely because it is filed within thirty days of service of the Complaint. See 28 U.S.C. § 1446(b)(2); Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344, 347-48 (1999) ("[A] named defendant's time to remove is triggered by simultaneous service of the summons and complaint. . .").

**B.    Removal is Appropriate Under this Court's Federal Question Jurisdiction Standards.**

5.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.    Plaintiff, proceeding *pro se*, initiated the State Court Action against FedEx Ground by filing a Complaint asserting that FedEx Ground violated (1) the Pregnancy Discrimination Act of 1978 ("PDA"), amending Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and (2) the Equal Pay Act of 1963, 29 U.S.C. § 206 *et seq*. ("EPA"). (See Compl. at 1, Exhibit 1)

7.    Specifically, Plaintiff alleges FedEx Ground "Pregnant workers did not receive any accommodation." (See Compl. at 2, Exhibit 1).

FP 47500062.1

8.     Plaintiff also alleges, she "receive[d] a temporary promotion with only a 52 cent raise which is well below her white male/female counterparts." (See Compl. at 2, Exhibit 1).

9.     Pursuant to 28 U.S.C. §1441(a), Plaintiff's rights in this action against FedEx Ground are governed by the laws of the United States, and as such, this Court has jurisdiction over the action pursuant to 28 U.S.C. § 1331.

**C.     Venue is Appropriate in This Court.**

8.     The State Court Action is currently pending in the Circuit Court of Macomb County, Michigan, which is located within the United States District Court for the Eastern District of Michigan.

9.     Thus, venue is proper in this Court because it is the "district and division embracing the place where such [State Court] [A]ction is pending." See 28 U.S.C. § 1441(a).

**D.     FedEx Ground Provided Appropriate Notice of Removal.**

10.     Pursuant to 28 U.S.C. § 1446(a), FedEx Ground filed, as Exhibit 1, copies of all relevant processes and pleadings served upon it thus far.

11.     Pursuant to 28 U.S.C. § 1446(d), FedEx Ground is providing written notice of this Removal Notice to all parties, and filed concurrently a copy with the Clerk of the Macomb County Circuit Court.

3

FP 47500062.1

12.     By filing this Notice of Removal, FedEx Ground does not waive any defects in service of process, venue, or personal jurisdiction, nor does it waive any other defenses available to it under applicable state or local laws and/or the Federal Rules of Civil Procedure.

**WHEREFORE**, FedEx Ground, by its attorneys, hereby gives notice of the removal of this action from the Macomb County Circuit Court to the United States District Court for the Eastern District of Michigan, and requests all further or different relief as the Court may deem proper and just.

Respectfully Submitted,

FISHER & PHILLIPS, LLP

/s/ Stephen R. Gee_____
William E. Altman (P52788)
Stephen R. Gee (P80673)
300 Park Street, Suite 370
Birmingham, MI 48009
(248) 540-8019
waltman@fisherphillips.com
sgee@fisherphillips.co
Attorney for Defendant

4

FP 47500062.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: <u>none</u>.   I also hereby certify that I am contemporaneously electronically filing the foregoing paper with the following non-ECF participants: <u>Clerk of the Macomb County Circuit Court</u> and mailing it to <u>Sasha McGarity.</u>

Respectfully Submitted,

FISHER & PHILLIPS, LLP

/s/ Stephen R. Gee_____
William E. Altman (P52788)
Stephen R. Gee (P80673)
300 Park Street, Suite 370
Birmingham, MI 48009
(248) 540-8019
waltman@fisherphillips.com
sgee@fisherphillips.com
Attorney for Defendant

5

FP 47500062.1

# **EXHIBIT 1**

FP 47500062.1

# State of Michigan
## 16th Judicial Circuit Court
## County of Macomb

SASHA MCGARITY,

       Plaintiff,

vs.

FED EX GROUND,

       Defendant

COMPLAINT 2023-001745 CD

RICHARD L. CARETTI

RECEIVED

MAY 2 6 2023

ANTHONY G. FORLINI
Macomb County Clerk

## PLAINTIFF'S COMPLAINT

COMES NOW, the Plaintiff, Sasha McGarity brings this lawsuit against FED EX GROUND for allegations of Employment Discrimination, Retaliation, Intentional Infliction of Emotional Distress, Harassment, Hostile Work Environment, Reckless endangerment, violation of the Pregnancy Discrimination Act of 1974, and violations of Equal Pay Act.

## INTRODUCTION

This legal action is to correct FED EX violation of the Elliot Larsen's Civil Rights Act 1976 with regards to the Plaintiff and several other employees. FED EX subjected their employees to a continuous hostile work environment and reckless endangerment when it refused to rectify continuous verbal altercations as well as rushing employees back to work who were diagnosed with COVID-19. Female employees endured almost daily harassment by this white

male dominated facility which has caused emotional distress in violation of Michigan tort laws. McGarity receive a temporary promotion with only a 52 cent raise which is well below her white male/female counterparts. Pregnant workers did not receive any accommodation. Plaintiff alleges that when she filed a complaint with the Michigan Department of Civil Right, FED EX retaliated against her, family members, and friends with threats of violence and termination.

## JURISDICTION & VENUE

1. The Defendant FED EX headquarters is located at 942 S Shady Road Memphis, TN 38120. Macomb County 16th Circuit has subject matter and personal jurisdiction over this dispute and this Defendant. Allegations of harm occurred at the FED EX facility located at 6100 Sims Road in Sterling Heights, MI, which is in the county of Macomb

2. The Plaintiff, Sasha McGarity resides in Oakland County, Michigan and has contacts in Macomb County where she worked for this employer.

## FACTUAL ALLEGATIONS

1. July 2022, Plaintiff was hired at FED EX GROUND as a package handler in Sterling Heights, MI

2. October 2022, McGarity was in a verbal altercation with Karen who threatened her by stating, "Bitches got attitudes, I would shoot one of them, but I don't want to go to jail.

3. October 30, 2023, Plaintiff complained about this incident on FED EX alert line.

COMPLAINT - 2

4. Plaintiff was asked by head of security not to get law enforcement involved and was asked not to say anything.

5. McGarity loved working with Daniel who was several months pregnant. She worked very hard but was continually overlooked for any recognition. Carrying and lifting those heavy boxes while pregnant without any accommodation while Caucasian female workers received light work assignments is discrimination in violation of the Pregnancy Discrimination Act.

6. November 2022, an employee by the name of Steve was missing from work. I asked about him. He was diagnosed with COVID-19. None of the FED EX staff informed any of us so that we should get tested as well. This is reckless endangerment of the employee health.

7. December 2022, McGarity received a temporary promotion to Quality Assurance. She only receives a 52 cent raise while some employees alleged that it should have been a $2.00. This is a violation of the Equal Pay Act.

8. December 2022, Plaintiff was informed by Marshall Walsh that her 12-week promotion would end after only 4 weeks while allowing the other younger and bi-racial worker (Armona) to stay the duration of the term. When inquired about this demotion, Marshall told McGarity it was due to cutbacks. This is Age and Color discrimination. Armona was clearly favored by Marshall which evidence will testify.

9. January 5, 2023, Karen and Earleen got into a verbal altercation.

10. January 12, 2023, Chelsea and Earleen got into a verbal altercation

COMPLAINT - 3

11. January 19, 2023, Karen and Earleen get into another verbal altercation. These occurrences were frequent and made the warehouse a hostile work environment filled with emotional distress.

12. January 12, McGarity begin transfer proceedings to FEDEX in Orion Township.

13. McGarity alleges that her transfer was stippled by Marshall Walsh and Kathy (Onboarding)

14. January 2023, employee, Tracie complains to me that a white female worker received employee of the month despite the manager stating that she didn't even like her.

15. Employee, Chase approached the Plaintiff to confirm that she was in law school. He was experiencing harassment and disparate treatment from a supervisor by the name of Drew Tressler.

16. January 21, 2023, McGarity resigned because she could no longer endure disparate treatment, hostilities, and other abuses.

17. January 22, 2023, McGarity alleges that she was followed by Marshall Walsh and Kathy in their black SUV's. Kroger camera footage will prove or disprove these allegations.

18. McGarity initiated a complaint with the EEOC in February 2023.

19. Plaintiff filed a charge with the Michigan Department of Civil Rights in February 2023

20. McGarity alleges that her family members employed by FED EX may have been subjected to ill treatment due to her actions.

21. McGarity believes that her relatives who work for the company may have been targeted.

## PRAYER FOR RELIEF

COMPLAINT - 4

1. Plaintiff requests FED EX pay to its employees and former employees a settlement amount to be determined by that employee or former employee and their representatives.

2. Plaintiff requests punitive damages in the amount of $16 million dollars to punish this employer for continuous violations of its employees' civil rights and subjecting them to unfair and unjust treatment.

3. Plaintiff requests FED EX to pay employees awards in the form of gift cards or monetary rewards for those who have performed their duties and were employed during holidays.

4. Plaintiff requests an employment advocate/HR representative permanently onsite at FED EX facilities around the nation. Plaintiff request this court use its authority to make FED EX become unionized to prevent further abuses of its employees

5. Plaintiff requests continuous personal protection orders for all FED EX employees, their families, and former employees.

Dated; May 26, 2023

Respectfully Submitted,
/s/ *Sasha McGarity, Pro Per*

COMPLAINT - 5

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| **STATE OF MICHIGAN** | | **SUMMONS** | **CASE NO.** |
|---|---|---|---|
| 16th        JUDICIAL DISTRICT<br>             JUDICIAL CIRCUIT<br>MACOMB         COUNTY | | | 2023-001745-CD<br>RICHARD L. CARETTI |

| **Court address** | **Court telephone no.** |
|---|---|
| 40 N Main, Mount Clemens, MI 48043 | 586-469-7171 |

| Plaintiff's name, address, and telephone no.<br>SASHA MCGARITY<br>35339 23 Mile Road Suite 462<br>New Baltimore, MI 48047<br>(586)842-1700 | v | Defendant's name, address, and telephone no.<br>FED EX GROUND<br>6100 SIMS ROAD<br>Sterling Heights, MI 48313<br>(586)303-3115 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.      | **SUMMONS** |

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| MAY 2 6 2023 | AUG 2 5 2023 | ANTHONY G. FORLINI |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                         MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

**Summons**   (3/23)                                                                                    Case No.  2023-601745-CD

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served   ☐ personally   ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | | Signature |
|---|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____ .
Attachments (if any)                                                                         Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105